*In re* MYRNA TORRES SANTIAGO.

*Número:* TS-9488       *Resuelto:* 7 de mayo de 1999

*Mady Pacheco García De La Noceda*, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Myrna Torres Santiago, pro se.*

## RESOLUCIÓN

### I

El pasado 12 de marzo de 1999, mediante opinión *per curiam*, suspendimos a la Lcda. Myrna Torres Santiago del ejercicio de la profesión de abogado y de la notaría por no haber satisfecho la cuota anual del Colegio de Abogados y haber hecho caso omiso a nuestras notificaciones remitidas por correo certificado a su dirección en el expediente.

Notificada la licenciada Torres Santiago el 5 de abril, el Alguacil del Tribunal se incautó de su obra y sello notariales para que sean remitidos a la Oficina de Inspección de Notarías.

El 6 de abril, Torres Santiago nos solicitó urgentemente su reinstalación, exponiendo que la falta de pago de la cuota se debió a problemas de índole económica y familiar, entre ellos, la grave enfermedad y posterior muerte de su madre. Aduce que no ha cambiado de dirección y que tiene la impresión de que la correspondencia remitida fue sustraída del buzón. Finalmente, expone haber satisfecho la cuota correspondiente.

## II

A la luz de lo expuesto, no procede reconsiderar la suspensión original decretada, que fue efectiva el día de la notificación. En su lugar, limitamos la suspensión al período de tiempo transcurrido y reinstalamos hoy a la abogacía a la licenciada Torres Santiago.

Oportunamente la Oficina de Inspección de Notarías nos rendirá un informe en torno a su obra notarial.

Se le apercibe a la licenciada Torres Santiago del estricto cumplimiento en el futuro de sus responsabilidades como abogada.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*